UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER | : | |
| | : | |
| v. | : | Case No. 3:01cv876 (SRU) |
| | : | |
| IMMIGRATION AND | : | |
| NATURALIZATION SERVICE, ET AL | : | |

RULING ON MOTION TO VACATE JUDGMENT

Petitioner Claudious Channer brought this action seeking a writ of habeas corpus in May 2001. On March 25, 2003, the court dismissed the petition as it related to the Immigration and Naturalization Service ("INS"). Channer sought reconsideration of that dismissal, which was denied by ruling dated May 21, 2003. By notice of appeal dated June 12, 2003, Channer appealed, and his appeal remains pending. On August 20, 2003, Channer filed the present motion to vacate judgment (doc. # 29), based on a decision of the Court of Appeals issued after the ruling dismissing this case.

The pendency of Channer's appeal deprives this court of jurisdiction to consider Channer's motion to vacate. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Accordingly, the motion to vacate judgment is denied.

SO ORDERED this 18th day of December 2003 at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge