FILED
2004 JAN -5 A 11: 19

Claudious Channer
P.O. Box 100
Somers, Ct 06071

December 30, 2003

Attention Honorable
Stefan R. UnderHill.

Re: Channer v. I.N.S. no. 3:01CV876 (SRU)

On December 18, 2003 your honor denied the Plaintiffs Motion Seeking a reconsideration of your Honor May 21, 2003 ruling denying the Plaintiff writ of Habeas Corpus.

your Honor noting states that your Honor has no jurisdiction to rule on the Plaintiff's motion for Reconsideration because the pendency of the Plaintiff's Appeal deprives the Court of jurisdiction to consider the Plaintiff's issues.

Your Honor, on November 12, 2003 the Honourable Nicholas G. Cabranes, Jose A. Cabranes, and Pierre N. Leval denied the Plaintiff's Appeal and order that the Petitioner filed a New Petition when the Res-Judicata

-2-

issue is Ripe for Judicial Review.

The question here is: are you going to allow the Res-Judicata, Claim preclusion issue to go forward now or do you want the Petitioner to raise it in Twenty months when he will be in I.N.S Custody. At this juncture the Petitioner is voted to parole and his eligible for all kind of program but because of the I.N.S detainer. The Commissioner of Connecticut is Refusing to allow the Petitioner to participate in any Release program.

For example, A citizen Inmate is eligible to a half way house Release when he is within eighteen months of Release date. The Petitioner is presently to be release on October 12, 2005. Within two more months. The Petitioner will be eligible for a Half way house. However, due to pendency of the I.N.S detainer. The Petitioner will not be eligible for such release. Furthermore, the Petitioner Refuse to spend another day in prison

4

enquiring to stay in America. Jamaica is very beautiful but for the sake of the Petitioner Seven Children who are born American Citizens. The Petitioner would like to stay in America to Assist them with their financial welfare. Because of the Petitioner imprisonment the Petitioner Children are presently living in a New York City homeless Shelter. For these reasons, the Petitioner ask that the Cocent explain what Rodel the Petitioner Follow on the Res-judicata, claim preclusion issue from here on.

-5-

Thank you very much your honor for your patience and time in the matter of great importance to the Petitioner

*[signatures]*