FILED

2004 JAN 30  P 3: 26

US DISTRICT COURT

United States District Court

District of Connecticut

Claudious W. Channer

        Petitioner,     January 27, 2004

      vs.        Civil No. 3:01CV876 (SRU)

Immigration and Naturalization

Service, ET AL.

        Respondents.

Motion Seeking To Renew Petitioner

Motion To Reopen on Vacate.

On March 25, 2003 this Court dismissed the Petitioner Case, asserting that it lack subject Matters jurisdiction to rule on the Petitioner claims because the Petitioner was not in the I.N.S custody.

Subsequently, the Second Circuit Court ruled in Simmonds v. I.N.S, 326 F3d 351 (2nd cir. 2003). that a Petitioner Similar Situated as this Petitioner is in I.N.S custody for the purpose of a Habeas Corpus. On August 20, 2003 Petitioner for a Vacation of this Court Order.

-2-

On December 18, 2003 this Court
denied the Petitioner Motion to Vacated,
asserting that the Petitioner had an Appeal
pending and this Court lack jurisdiction
to rule on the Petitioner Motion to Vacate.

This Court is ask to take judicial notice
of the Courts record which will depict
that the Petitioner Appeal was dismissed
on November 12, 2004 and no Appeal
was taken thereafter. Consequently, a
Mandate was issued on February 22, 2004.

-3-

The Second Circuit Court of Appeals ruled that the Petitioner res judicata claim should go forward when this Court deems said issue to be ripe.

The Petitioner was voted to parole on September 9, 2003 but he is still imprisoned because of the I.N.S. detainer. The DOC does not release aliens to half way house on level two custody. A prisoner who is voted to parole is eligible to be release to a half way house on level one status before he is finally release.

However, aliens with detainers are being treated differently than American prisoners.

-4-

For these reasons, Petitioner ask that his Motion to Reopen be granted. In addition, under the guidelines of Simmonds v. INS. The Petitioner believe that his Res-judicata-claim preclusion claim is Ripe for litigation now.

Any further delay will cause the Petitioner irreparable harm. Wherefore, Petitioner pray that his request will be granted and the aforementioned case be litigated immediately.

Respectfully Submitted

Obedious W. Chinmen
P.O Box 100
Somers, Ct 06071

Certificate of Service

This is to certify that a true copy of the foregoing was mailed to Assistant United States Attorney Brenda M. Green, 157 Church Street, New Haven, CT 06510 on this January 27 2004.

Respectfully Submitted

Claudious W. Channer
P.O. Box 100
Somers, CT 06071