**MANDATE**

D. Conn.(nhct)
01-CV-876
Underhill, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

FILED
Jan 26  2:55 PM '04

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 12th day of November two thousand and three,

Present:
> Hon. Pierre N. Leval,
> Hon. José A. Cabranes,
> > *Circuit Judges,*
> Hon. Nicholas G. Garaufis,*
> > *District Judge.*

Claudious Channer,

> Petitioner-Appellant,

v.                                                                  03-2383

Immigration and Naturalization Service,
Leslie E. Brooks, Warden,

> Respondents-Appellees.

[Stamp: UNITED STATES COURT OF APPEALS FILED NOV 12 2003 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

Appellant, *pro se,* moves for *in forma pauperis* status and appointment of counsel. Upon due consideration, it is ORDERED that the motions are denied and the appeal as to Appellant's statute of limitations claim against the Immigration and Naturalization Service and Appellant's claims against Appellee Warden Brooks is dismissed with prejudice because the claims lack an arguable basis in law or fact. See *Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). It is further ORDERED that Appellant's appeal as to his *res judicata* claim against the Immigration and Naturalization Service is dismissed without prejudice to the filing of a new petition when the claim is ripe for judicial review. See *Simmonds v. Immigration and Naturalization Service,* 326 F.3d 351 (2d Cir. 2003).

> FOR THE COURT:
> Roseann MacKechnie, Clerk
>
> By: *[signature] Lucille Carr*

NOV 12 2003

---

*Hon. Nicholas G. Garaufis of the U.S. District Court for the Eastern District of New York sitting by designation.

SAO CAD

[Stamp: A TRUE COPY ROSEANN B. MacKECHNIE, CLERK] *[signature]*

ISSUED AS MANDATE: JAN 22 2004