UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER : | |
| : | |
| v. : | Civil Action No. |
| : | 3:01cv876 (SRU) |
| IMMIGRATION AND : | |
| NATURALIZATION SERVICE, ET AL. : | |

RULING ON PENDING MOTIONS

Petitioner Claudious Channer brought this action seeking a writ of habeas corpus challenging a final order of deportation. On March 25, 2003, the court dismissed the petition as it related to the Immigration and Naturalization Service ("INS"). Channer appealed. On November 12, 2003, the Court of Appeals ordered the case dismissed with prejudice against Warden Leslie E. Brooks and without prejudice against the INS. Specifically, the mandate provided that Channer could file "a new petition when the claim [of res judicata] is ripe for judicial review." Channer v. INS, No. 03-2383 (Nov. 12, 2003).

Following decision of his appeal, Channer filed a Motion Seeking to Renew Petitioner's Motion to Reopen or Vacate (doc. #39).[1] In that motion, Channer argues that the res judicata claim is now ripe. He claims that, after having been voted to parole, his incarceration with the Connecticut Department of Corrections has been prolonged by the existence of a final order of removal and the filing of a detainer by the INS. Even if Channer is correct that his claim is now

---

[1] During the pendency of his appeal, Channer also filed a Motion Seeking to Add Arguments (doc. #35) and a Motion Seeking to Add Documents (doc. #36). In light of the ruling on Doc. #39, these motions are denied as moot.

ripe, his motion to reopen this dismissed petition must be denied because the Court of Appeals permitted only the filing of "a new petition."

Whether or not a court hearing a new habeas petition brought by Channer will find the issue of his custody by the INS to be ripe for review will be informed by <u>Simmonds v. I.N.S.</u>, 326 F.3d 351 (2d Cir. 2003). Nothing in this ruling should be read as commenting on the merits of Channer's argument.

The present motion (doc. #39) is denied. This file shall remain closed.

SO ORDERED this 23rd day of June 2004 at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge